IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02533-BNB

CHARLES LEE KETTERING #104451,

    Applicant,

v.

LT. L. SOLOMON,
LT. MEEHEN, DRDC Hearings Officers,
EXECUTIVE DIRECTOR C.D.O.C. ZAVARIS, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 0 2 2009

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Applicant, Charles Lee Kettering, was in the custody of the Larimer County Detention Facility in Fort Collins, Colorado, when he initiated this action by submitting *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 and a motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

On November 21, 2008, Magistrate Boyd N. Boland ordered Mr. Kettering to cure certain enumerated deficiencies in this case. Specifically, Mr. Kettering was directed to submit within thirty days on the proper, Court-approved form an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 in which the names in the caption to the habeas corpus application matched the names in the text. The November 21 order directed the clerk of the Court to mail to Mr. Kettering the Court-approved form he needed to complete, and warned Mr. Kettering that failure to do so

within the time allowed would result in the denial of the application and the dismissal of the instant action.

On November 24, 2008, the copy of the November 21, 2008, order to cure mailed to Mr. Kettering was returned to the Court as undeliverable in an envelope marked "Addressee Unknown." On December 11, 2008, Magistrate Judge Boland entered a minute order that directed the clerk of the Court to remail to Mr. Kettering, at his new address, c/o Catholic Charities Shelter, 460 Linden Drive, Fort Collins, CO 80524, a copy of the November 21 order. The December 11 minute order also directed the clerk of the Court to mail to Mr. Kettering two copies of the form for filing a Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, and noted that he should only name his custodian in the line provided for Respondent because the only proper Respondent in a habeas corpus action is his custodian. The minute order allowed Mr. Kettering thirty days in which to comply with the November 21 order to cure, and warned him that failure to do so within the time allowed would result in the dismissal of the instant action. Mr. Kettering has failed within the time allowed to comply with the November 21 order to cure, or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the habeas corpus application is denied and the action is dismissed without prejudice for failure to cure and for failure to prosecute. It is

2

FURTHER ORDERED that the motions for leave to proceed *in forma pauperis* and to compel are denied as moot.

DATED at Denver, Colorado, this 30 day of Jan., 2009.

BY THE COURT:

*signature*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02533-BNB

Catholic Charities Shelter
c/o Charles Lee Kettering
460 Linden Drive
Fort Collins, CO 80524

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 2/2/09

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk